No. 875. FIRST NATIONAL BANK OF OGDEN *v.* FIRST NATIONAL BANK OF RIGBY. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. H. DeVine* and *J. A. Howell* for petitioner. No appearance for respondent.

No. 961. CARLOS AROCHO *v.* PORTO RICO. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit. March 21, 1927. The motion for leave to proceed further herein in forma pauperis is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no ground upon which certiorari can be issued, application for which is therefore hereby also denied. The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody as provided in the order of October 29, 1926. *Mr Frank Antonsanti* for petitioner. No appearance for respondent.

No. 878. SYLVESTER COMPANY *v.* MALCOLM E. NICHOLS, COLLECTOR OF INTERNAL REVENUE. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. George S. Fuller* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. J. Louis Monarch, A. W. Gregg,* and *John R. Wheeler* for respondent.

No. 879. E. HENRY WEMME COMPANY *v.* BEN SELLING, DR. ALLEN P. NOYES, EDGAR H. SENSENICH, ET AL., ETC. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Edward W. Wickey* and *Thomas Mannix* for petitioner. No appearance for respondents.